1  Michael P. Lehmann (77152)
   COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
2  mlehmann@CMHT.com
   One Embarcadero Center
3  Suites 526 A & B
   San Francisco, CA 94111
4  Telephone: (415) 623-2047
   Facsimile: (415) 433-5994
5  [Additional counsel listed on signature page]

7  *Counsel for Plaintiffs and the Proposed Class*

                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES LEE and YANG HEE LEE, individually and on behalf of others similarly situated, | No. |
| Plaintiffs, | |
| v. | **NOTICE OF RELATED CASES** |
| KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., | **Local Rule 3-13** |
| Defendants. | |

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that pursuant to Civil L.R. 3-13, Plaintiffs *Christopher James Lee and Yang Hee Lee* provide notice that *Lee v. Korean Air Lines Co., Ltd. et al.*, Case No. C-07-4016 *("Lee")*, involves all or a material part of the same subject matter and all or substantially all of the same parties as the following pending actions filed in this District:

1. *Hee Ho Chung, et al. v. Korean Air Lines Co., Ltd., et al.*, Case No. C 07-3985

2. *Hwa Ja Chung v. Korean Air Lines Co., Ltd.*, Case No. C 07-4016

3. *Ben Lee v. Korean Air Lines Go., Ltd.*, Case No. C 07-4085

- 1 -                    NOTICE OF RELATED CASES

  4.  *Yun Ghoi v. Korean Air Lines Go., Ltd.*, Case No. C 07-4173

  5.  *Yoon S. Ghang v. Korean Air Lines Go., Ltd. et al.*, Case No. C 07-4244

  6.  *Kirby Kim v. Korean Air Lines Go., Ltd.*, Case No. C 07-4245

  7.  *Scott McLean v. Korean Air Lines Go, Ltd., et al.*, Case No. C 07-4297

  8.  *Martin Kaufman v. Korean Air Lines Go., Ltd.*, Case No. C 07-4349

  9.  *Bricker v. Korean Air Lines Go., Ltd. et al.*, Case No. C 07-4508

  10. *Lee v. Korean Air Lines Co., Ltd. et al.*, Case No. C 07-4509-MMC

*Lee* also involves all or a material part of the same subject matter and all or substantially all of the same parties as following pending actions filed in other districts:

  1.  *Kim v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1 1427 (D. Mass.)

  2.  *Hyun Park et al. v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-5 107 (C.D. Cal.)

  3.  *Van Horn v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1228 (W.D. Wash.)

  4.  *Pak v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1263 (W.D. Wash.)

  5.  *Nam v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1264 (W.D. Wash.)

  6.  *Moon et al. v. Korean Air Lines Go., Ltd.*, Case No. 07-cv- 1280 (W.D. Wash.)

  7.  *Ghung v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1281 (W.D. Wash.)

  8.  *Kim v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1 294 (W.D. Wash.)

  9.  *Desa Philadelphia v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-5453 (C.D. Cal.)

  10. *Kim v. Korean Air Lines Go., Ltd. et al.*, Case No. 07-cv-3526 (E.D.N.Y.)

  11. *Kim et al. v. Korean Air Lines Go., Ltd. et al.*, Case No. 07-cv-1313 (W.D. Wash.)

  12. *Gliff Park v. Korean Air Lines Go., Ltd. et al.*, Case No. 07-cv-5561 (C.D. Cal.)

  13. *Laura Albee v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-5593 (C.D. Cal.)

  14. *Kim v. Korean Air Lines Go., Ltd. et al.*, Case No. 07-cv-1337 (W.D. Wash.)

  15. *Heung-Ki Youn v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-5583 (C.D. Cal.)

| | | |
|---|---|---|
| 1 | Dated: October 23, 2007 | Respectfully submitted, |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Michael P. Lehmann (77152) |
|   | | **COHEN, MILSTEIN, HAUSFELD** |
|   | | **& TOLL P.L.L.C.** |
| 5 | | One Embarcadero Center |
|   | | Suites 526 A & B |
| 6 | | San Francisco, CA 94111 |
| 7 | | Telephone: (415) 623-2047 |
|   | | Facsimile: (415) 433-5994 |
| 8 | | mlehmann@CMHT.com |
| 9 | | |
|   | | Steven A. Kanner |
| 10 | | Douglas A. Millen |
|    | | Michael E. Moskovitz |
| 11 | | **FREED KANNER LONDON &** |
|    | | **MILLEN LLC** |
| 12 | | 2201 Waukegan Road, Suite 130 |
|    | | Bannockburn, IL 60015 |
| 13 | | Telephone: (224) 632-4500 |
|    | | Facsimile: (224) 632-4521 |
| 14 | | skanner@fklmlaw.com; dmillen@fklmlaw.com; |
| 15 | | mmoskovitz@fklmlaw.com |
| 16 | | Andrew B. Sacks |
|    | | John K. Weston |
| 17 | | **SACKS & WESTON** |
|    | | 114 Old York Road |
| 18 | | Jenkintown, Pennsylvania 19046 |
| 19 | | Telephone: (215) 925-8200 |
|    | | Facsimile: (215) 925-0508 |
| 20 | | ABS@sackslaw.com; JKW@sackslaw.com |
| 21 | | |
|    | | Mark S. Goldman |
| 22 | | **GOLDMAN SCARLATO & KARON, P.C.** |
|    | | 101 West Elm Street, Suite 360 |
| 23 | | Conshohocken, PA 19428 |
|    | | Telephone: (484) 342-0700 |
| 24 | | Facsimile: (484) 342-0701 |
|    | | goldman@gsk-law.com0508 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |