1  Michael P. Lehmann (77152)
   **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
2  mlehmann@CMHT.com
   One Embarcadero Center
3  Suites 526 A & B
   San Francisco, CA  94111
4  Telephone:  (415) 623-2047
   Facsimile:    (415) 433-5994
5  [Additional counsel listed on signature page]

6
   *Counsel for Plaintiffs and the Proposed Class*
7

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9

10 CHRISTOPHER JAMES LEE and
   YANG HEE LEE, on behalf of themselves      Case No. C-07-05407-VRW
11 and all others similarly situated,

12                            Plaintiffs,     **NOTICE OF LODGING OF**
                                              **ADMINISTRATIVE MOTION TO**
13      v.                                    **CONSIDER WHETHER CASES**
                                              **SHOULD BE RELATED**
14 KOREAN AIR LINES CO., LTD., and
   ASIANA AIRLINES, INC.,
15
                              Defendants.
16 _____

17 **TO THE COURT AND ALL PARTIES:**

18      PLEASE TAKE NOTICE that Plaintiffs Christopher James Lee and Yang Hee Lee,

19 pursuant to L.R. 12(b) and as defined by L.R. 1-5(m), are hereby lodging with the Court copies of

20 the following documents, filed November 1, 2007 in *In re International Air Transportation and*

21 *Surcharge Antitrust Litigation*, Master File No. M:06-1793-CRB, MDL No. 1793.

22
        1.    Administrative Motion to Consider Whether Cases Should Be Related.
23
        2.    [Proposed] Order Relating Cases.
24
        3.    Declaration of Michael P. Lehmann in Support of Administrative Motion to
25
              Consider Whether Cases Should Be Related.
26

27

28
   NOTICE OF LODGING OF
   ADMINISTRATIVE MOTION              - 1 -              CASE NO. C-07-05407-VRW
   TO RELATE CASES

| | | |
|---|---|---|
| 1 | Dated: November 1, 2007 | Respectfully submitted, |
| 3 | By: | /s/ Michael P. Lehmann |
| | | Michael P. Lehmann (77152) |
| | | **COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.** |
| | | One Embarcadero Center |
| | | Suites 526 A & B |
| | | San Francisco, CA  94111 |
| | | Telephone:  (415) 623-2047 |
| | | Facsimile:   (415) 433-5994 |
| | | mlehmann@CMHT.com |
| | | |
| | | Steven A. Kanner |
| | | Douglas A. Millen |
| | | Michael E. Moskovitz |
| | | **FREED KANNER LONDON & MILLEN LLC** |
| | | 2201 Waukegan Road, Suite 130 |
| | | Bannockburn, IL 60015 |
| | | Telephone:  (224) 632-4500 |
| | | Facsimile:  (224) 632-4521 |
| | | skanner@fklmlaw.com; dmillen@fklmlaw.com; mmoskovitz@fklmlaw.com |
| | | |
| | | Andrew B. Sacks |
| | | John K. Weston |
| | | **SACKS & WESTON** |
| | | 114 Old York Road |
| | | Jenkintown, Pennsylvania 19046 |
| | | Telephone:  (215) 925-8200 |
| | | Facsimile:   (215) 925-0508 |
| | | ABS@sackslaw.com; JKW@sackslaw.com |
| | | |
| | | Mark S. Goldman |
| | | **GOLDMAN SCARLATO & KARON, P.C.** |
| | | 101 West Elm Street, Suite 360 |
| | | Conshohocken, PA  19428 |
| | | Telephone:  (484) 342-0700 |
| | | Facsimile:  (484) 342-0701 |
| | | goldman@gsk-law.com |

NOTICE OF LODGING OF
ADMINISTRATIVE MOTION                      - 2 -              CASE NO. C-07-05407-VRW
TO RELATE CASES