Michael P. Lehmann (77152)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
mlehmann@CMHT.com
One Embarcadero Center
Suites 526 A & B
San Francisco, CA  94111
Telephone:  (415) 623-2047
Facsimile:   (415) 433-5994
[Additional counsel listed on signature page]

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Master File No. M:06-1793-CRB<br><br>MDL No. 1793<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES CASES SHOULD BE RELATED** |
| **THIS DOCUMENT RELATES TO:** | |
| *Won B. Kang and Joong H. Kang v. Korean Airlines Co., Ltd., et al.,* Case No. C-07-05406-EMC | The Honorable Charles R. Breyer |
| *Christopher James Lee and Yang Hee Lee v. Korean Airlines Co., Ltd., et al.,* Case No. C-07-05407-VRW | |
| *Peter Kim v. Korean Airlines Co., Ltd., et al.,* Case No. C-07-05409-BZ | |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rules 3-12 and 7-11, Plaintiffs Won B. Kan, Joong H. Kang, Christopher James Lee, Yang Hee Lee, and Peter Kim submit this administrative motion to consider whether cases filed in this District, *Kang v. Korean Air Lines Co. Ltd. et al.,* Case No. C-07-5406-EMC ("*Kang*"), *Lee v. Korean Air Lines Co. Ltd. et al.*, Case No. C-07-5407-VRW ("*Lee*"), and *Kim v. Korean Air Lines Co. Ltd. et al.*, Case No. C-07-5409-BZ ("*Kim*") should be related to *In re International Air Transportation Surcharge Antitrust Litigation*, MDL No. 1793 (Master File No. M:06-1793-CRB) ("MDL Action").

The *Kang, Lee* and *Kim* cases allege that named defendants Korean Air Lines Co., Ltd. ("Korean Air") and Asiana Airlines, Inc. ("Asiana") violated federal antitrust law by engaging in a conspiracy to fix fares charged to passengers, including fuel surcharges, for air transportation between the United States and the Republic of Korea ("Korea").  Accordingly, the *Kang, Lee* and *Kim* actions involve factual and legal allegations substantially similar to those in the pending MDL Action where plaintiffs allege a general conspiracy, in violation of federal antitrust law, among several airline defendants to fix passenger fares, including fuel surcharges, during substantially the same time period as that alleged in the *Kang, Lee* and *Kim* actions.

The Court has previously related the following cases, involving similar claims against Korean Air and Asiana, to the pending MDL Action:

*Hee Ho Chung et al. v. Korean Air Lines Co. Ltd. et al.*, No. C-07-3985-CRB

*Hwa Ja Chung v. Korean Air Lines Co., Ltd.,* Case No. C-07-4016-BZ

*Ben Lee v. Korean Air Lines Co., Ltd.,* Case No. C-07-4085-JL

*Yun Choi v. Korean Air Lines Co., Ltd.,* Case No. C-07-4173-JCS

*Yoon S. Chang v. Korean Air Lines Co., Ltd.,* Case No. C-07-4244-MMC

*Kirby K. Kim v. Korean Air Lines Co., Ltd.,* Case No. C-07-4245-MEJ

*Scott McLean v. Korean Air Lines Co., Ltd.,* Case No. C-07-4297-SC

*Martin Kauffman v. Korean Air Lines Co., Ltd.,* Case No. C-07-4349-JSW

*Kaz Fujita v. Korean Air Lines Co., Ltd.,* Case No. C-07-4489-JL

*Morris v. Korean Air Lines Co., Ltd.,* Case No. C-07-4576-JSW

*Amy Bricker v. Korean Air Lines Co., Ltd.,* Case No. C-07-4508-MEJ

*Michael Lee v. Korean Air Lines Co., Ltd.,* Case No. C-07-4509-MMC

*Tae Ki Hwang v. Korean Air Lines Co., Ltd.,* Case No. C-07-4891-EDL

*Chajean Ko v. Korean Air Lines Co., Ltd., Case* No. C-07-4977-EDL

*Jason Kim v. Korean Air Lines Co., Ltd.,* Case No. C-07-5093-MEJ

*Junghee Kay v. Korean Air Lines Co., Ltd.,* Case No. C-07-5142-WDB

*Kangsik Kay v. Korean Air Lines Co., Ltd.,* Case No. C-07-5171-MEJ

*Jo Kyu Chun v. Korean Air Lines Co., Ltd.,* Case No. C-07-5216-JL

*Yim, et al. v. Korean Air Lines Co., Ltd.,* Case No. C-07-5143-JCS

All the above actions allege violations of antitrust law as a result of the alleged conspiracy between Korean Air and Asiana to fix fares for passenger air transportation from the United States to Korea.

Pursuant to Local Rule 3-12(a)(2), it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the *Kang, Lee* and *Kim* cases are conducted before different Judges. Relating the cases should help to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

For the foregoing reasons, the *Kang, Lee* and *Kim* cases satisfy the criteria of Local Rule 3-12 and Plaintiffs respectfully request that the cases be related the pending MDL Action and assigned to the Honorable Charles R. Breyer.

Dated: November 1, 2007                                Respectfully submitted,

                                                By:    */s/ Michael P. Lehmann*
                                                       Michael P. Lehmann (77152)
                                                       **COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.**
                                                       One Embarcadero Center
                                                       Suites 526 A & B
                                                       San Francisco, CA  94111
                                                       Telephone:  (415) 623-2047
                                                       Facsimile:   (415) 433-5994
                                                       mlehmann@CMHT.com

| | |
|---|---|
| 1 | Steven A. Kanner |
| 2 | Douglas A. Millen |
|   | Michael E. Moskovitz |
| 3 | **FREED KANNER LONDON &** |
|   | **MILLEN LLC** |
| 4 | 2201 Waukegan Road, Suite 130 |
|   | Bannockburn, IL 60015 |
| 5 | Telephone:  (224) 632-4500 |
|   | Facsimile:  (224) 632-4521 |
| 6 | skanner@fklmlaw.com; dmillen@fklmlaw.com; |
|   | mmoskovitz@fklmlaw.com |
| 7 | |
| 8 | Andrew B. Sacks |
|   | John K. Weston |
| 9 | **SACKS & WESTON** |
|   | 114 Old York Road |
| 10 | Jenkintown, Pennsylvania 19046 |
|    | Telephone:  (215) 925-8200 |
| 11 | Facsimile:  (215) 925-0508 |
|    | ABS@sackslaw.com; JKW@sackslaw.com |
| 12 | |
| 13 | Mark S. Goldman |
|    | **GOLDMAN SCARLATO & KARON, P.C.** |
| 14 | 101 West Elm Street, Suite 360 |
|    | Conshohocken, PA  19428 |
| 15 | Telephone:  (484) 342-0700 |
|    | Facsimile:  (484) 342-0701 |
| 16 | goldman@gsk-law.com |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |