1 | Michael P. Lehmann (77152)
2 | **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
    mlehmann@CMHT.com
3 | One Embarcadero Center
    Suites 526 A & B
4 | San Francisco, CA 94111
    Telephone: (415) 623-2047
5 | Facsimile: (415) 433-5994
    [Additional counsel listed on signature page]

6 | *Counsel for Plaintiffs and the Proposed Class*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Master File No. M:06-1793-CRB<br><br>MDL No. 1793 |
| **THIS DOCUMENT RELATES TO:** | **DECLARATION OF MICHAEL P. LEHMANN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| *Won B. Kang and Joong H. Kang v. Korean Airlines Co., Ltd., et al.,* Case No. C-07-05406-EMC | |
| *Christopher James Lee and Yang Hee Lee v. Korean Airlines Co., Ltd., et al.,* Case No. C-07-05407-VRW | The Honorable Charles R. Breyer |
| *Peter Kim v. Korean Airlines Co., Ltd., et al.,* Case No. C-07-05409-BZ | |

I, Michael P. Lehmann, declare as follows:

1. I am a partner at the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. in San Francisco, California and am admitted to practice before this Court. I am counsel for Plaintiffs Won B. Kang and Joong H. Kang in *Kang v. Korean Air Lines Co. Ltd. et al.,* Case No. C-07-5406-EMC ("*Kang*"); Christopher James Lee and Yang Hee Lee in *Lee v. Korean Air Lines Co. Ltd. et al.,* Case No. C-07-5407-VRW ("*Lee*"); and Peter Kim in *Kim v. Korean Air Lines Co. Ltd. et al.,* Case No. C-07-5409-BZ ("*Kim*"). I submit this Declaration in support of Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related.

2. On August 2, 2007, Plaintiffs Myung K. Park, Issun K. Park, and Hee Ho Chung filed a Complaint in the Northern District of California alleging a conspiracy to fix the fares, including fuel surcharges, for passenger air transportation between the United States and the Republic of Korea ("Korea"). That complaint, styled *Chung, et al. v. Korean Air Lines Co., Ltd., et al.*, Case No. C-07-3985-CRB ("*Chung*"), asserts violations of Section One of the Sherman Antitrust Act, 15 U.S.C. §1. The *Chung* complaint is the low-numbered complaint in the Northern District of California alleging that Korean Air Lines Co., Ltd. and Asiana Airlines, Inc. conspired to set fares charged for passenger air travel between the United States and Korea.

3. The *Chung* action was subsequently related to *In re International Air Transportation Surcharge Antitrust Litigation*, Case No. M:06-1793-CRB, MDL No. 1793 ("MDL Action") by Order dated August 23, 2007. Since that time, the Court has related the following additional cases, each of which involves allegations substantially similar to the *Kang, Lee* and *Kim* cases, to the MDL Action:

*Hwa Ja Chung v. Korean Air Lines Co., Ltd.,* Case No. C-07-4016-BZ

*Ben Lee v. Korean Air Lines Co., Ltd.,* Case No. C-07-4085-JL

*Yun Choi v. Korean Air Lines Co., Ltd.,* Case No. C-07-4173-JCS

*Yoon S. Chang v. Korean Air Lines Co., Ltd.,* Case No. C-07-4244-MMC

*Kirby K. Kim v. Korean Air Lines Co., Ltd.,* Case No. C-07-4245-MEJ

*Scott McLean v. Korean Air Lines Co., Ltd.,* Case No. C-07-4297-SC

*Martin Kauffman v. Korean Air Lines Co., Ltd.,* Case No. C-07-4349-JSW

*Kaz Fujita v. Korean Air Lines Co., Ltd.,* Case No. C-07-4489-JL

*Morris v. Korean Air Lines Co., Ltd.,* Case No. C-07-4576-JSW

*Amy Bricker v. Korean Air Lines Co., Ltd.,* Case No. C-07-4508-MEJ

*Michael Lee v. Korean Air Lines Co., Ltd.,* Case No. C-07-4509-MMC

*Tae Ki Hwang v. Korean Air Lines Co., Ltd.,* Case No. C-07-4891-EDL

*Chajean Ko v. Korean Air Lines Co., Ltd., Case* No. C-07-4977-EDL

*Jason Kim v. Korean Air Lines Co., Ltd.,* Case No. C-07-5093-MEJ

*Junghee Kay v. Korean Air Lines Co., Ltd.,* Case No. C-07-5142-WDB

*Kangsik Kay v. Korean Air Lines Co., Ltd.,* Case No. C-07-5171-MEJ

*Jo Kyu Chun v. Korean Air Lines Co., Ltd.,* Case No. C-07-5216-JL

*Yim, et al. v. Korean Air Lines Co., Ltd.,* Case No. C-07-5143-JCS

4.    Plaintiffs Won B. Kan, Joong H. Kang, Christopher James Lee, Yang Hee Lee, and Peter Kim have not appeared in any of the above-listed related actions currently pending in the Northern District of California. Civil Local Rule 3-12 requires that an Administrative Motion to Consider Whether Cases Should be Related be promptly filed.  Accordingly, and as the Defendants are in the process of being served, a stipulation could not be obtained prior to filing Plaintiffs' Administrative Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 1st day of November, 2007 at San Francisco, California.

   */s/ Michael P. Lehmann*
   Michael P. Lehmann

DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES — - 3 - — CASE NO. M:06-1793-CRB  MDL NO. 1793