Michael P. Lehmann (77152)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
mlehmann@CMHT.com
One Embarcadero Center
Suites 526 A & B
San Francisco, CA  94111
Telephone:  (415) 623-2047
Facsimile:   (415) 433-5994
[Additional counsel listed on signature page]

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION | Master File No. M:06-1793-CRB<br><br>MDL No. 1793<br><br>**[PROPOSED] ORDER RELATING CASES** |
| **THIS DOCUMENT RELATES TO:** | |
| *Won B. Kang and Joong H. Kang v. Korean Airlines Co., Ltd., et al.,* Case No. C-07-05406-EMC | The Honorable Charles R. Breyer |
| *Christopher James Lee and Yang Hee Lee v. Korean Airlines Co., Ltd., et al.,* Case No. C-07-05407-VRW | |
| *Peter Kim v. Korean Airlines Co., Ltd., et al.,* Case No. C-07-05409-BZ | |

On November 1, 2007, Plaintiffs Won B. Kang, Joong H. Kang, Christopher James Lee, Yang Hee Lee and Peter Kim filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED that the following cases are related:

*In re International Air Transportation Surcharge Litigation*, Master File No. M:06-1793-CRB, MDL No. 1793

*Kang v. Korean Air Lines Co. Ltd. et al*, No. C-07-5406-EMC

*Lee v. Korean Air Lines Co. Ltd. et al.*, No. C-07-5407-VRW

*Kim v. Korean Air Lines Co. Ltd. et al.*, No. C-07-5409-BZ

**IT IS SO ORDERED.**

Dated: _____     _____
The Honorable Charles R. Breyer
United States District Court

[PROPOSED] ORDER RELATING CASES    - 2 -    CASE NO. M:06-1793-CRB
MDL NO. 1793